UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re )<br>)<br>WARREN I. GREEN, )<br>)<br>Debtor. )<br>_____ ) | Chapter 7<br>Case No. 13-10204-WCH |
| KATHLEEN P. DWYER, )<br>    CHAPTER 7 TRUSTEE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARSHA S. GREEN )<br>)<br>Defendant. )<br>_____ ) | Adversary Proceeding<br>No. 14-1026-WCH |

## MEMORANDUM OF LIS PENDENS

I hereby give notice that on January 30, 2014, I filed a verified complaint in the United States Bankruptcy Court, District of Massachusetts, Case No. 13-10204-WCH, in which complaint Kathleen P. Dwyer, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Warren I. Green (the "Debtor") was named as the Plaintiff, and Marsha S. Green is an individual residing at 287 Langley Road, Unit 39, Newton, Massachusetts., was named as the Defendant, and that said suit affects title to property commonly known as 287 Langley Road, Unit 39 and described more fully in the attached deed, attached hereto as **Exhibit A.**

This notice is given in accordance with and pursuant to Chapter 184, section 15 of the Massachusetts General Laws.

KATHLEEN P. DWYER,
 CHAPTER 7 TRUSTEE,

By her attorneys,

/s/Adam J. Ruttenberg
Adam J. Ruttenberg, BBO 553158
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA  02110
(617) 951-2800
aruttenberg@lgllp.com

Dated:  January 30, 2014

FINDINGS OF THE COURT

The Court finds that the subject matter of the above-described adversary proceeding constitutes a claim that affects the title to real property or the use and occupation thereof or the buildings thereon.

By the Court,

_____    02/18/2014
William C. Hillman
United States Bankruptcy Judge

Dated:  _____, 2014

# Exhibit A

Bk: 47328 Pg: 550



Bk: 47328 Pg: 550  Doc: DEED
Page: 1 of 5    04/25/2006 10:24 AM

## THE NEWTON TERRACES CONDOMINIUM
## UNIT DEED

THE NEWTON TERRACES, LLC, a Massachusetts limited liability company with a usual place of business at 12 Huron Drive, Natick, Middlesex County, Massachusetts, for consideration paid and in full consideration of Nine Hundred Thousand and 00/100 ($900,000.00) Dollars, grants to MARSHA S. GREEN, Individually of 29 Mayflower Road, Chestnut Hill, Massachusetts 02467

WITH QUITCLAIM COVENANTS:

A Condominium Unit known as Unit 39 (the "Unit") in a Condominium known as The Newton Terraces Condominium (the "Condominium") situated off Langley Road in Newton, Middlesex County, Massachusetts, established pursuant to Massachusetts General Laws, Chapter 183A, as amended, by a Master Deed (the "Master Deed") dated March 16, 2004 and recorded with the Middlesex South District Registry of Deeds in Book 42249, Page 390, as affected by Amendment No. 1 to the Master Deed of The Newton Terraces Condominium Phase 2 dated March 23, 2004 and recorded with said Deeds in Book 42367, Page 438, as further affected by Amendment No. 2 to the Master Deed of The Newton Terraces Condominium Phase 3 dated June 2, 2004 and recorded with said Deeds in Book 43194, Page 566, as further affected by Amendment No. 3 to the Master Deed of The Newton Terraces Condominium Phase 4 dated July 15, 2004 and recorded with said Deeds in Book 43331, Page 146, as further affected by Amendment No. 4 to the Master Deed of The Newton Terraces Condominium Phase 5 dated August 11, 2004 and recorded with said Deeds in Book 43548, Page 309, as further affected by Amendment No. 5 to the Master Deed of The Newton Terraces Condominium Phase 6 dated December 2, 2004 and recorded with said Deeds in Book 44298, Page 436, as further affected by Amendment No. 6 to the Master Deed of The Newton Terraces Condominium Phase 7 dated January 24, 2005 and recorded with said Deeds in Book 44554, Page 360, as further affected by Amendment No. 7 to the Master Deed of The Newton Terraces Condominium Phase 8 dated May 25, 2005 and recorded with said Deeds in Book 45295, Page 155, as further affected by Amendment No. 8 to the Master Deed of The Newton Terraces Condominium Phase 9 dated June 25, 2005 and recorded with said Deeds in Book 45599, Page 1, as further affected by Amendment No. 9 to the Master Deed of The Newton Terraces Condominium Phase 10 dated August 31, 2005 and recorded with said Deeds in Book 46048, Page 514, as further affected by Amendment No. 10 to the Master Deed of The Newton Terraces Condominium Phase 11 dated August 31, 2005 and recorded with said Deeds in Book 46297, Page 320, as further affected by Amendment No. 11 to the Master Deed of The Newton Terraces Condominium Phase 12 dated November 3, 2005 and recorded with said Deeds in Book 46459, Page 283, together with an undivided 1.93% interest in the common areas and facilities of said Condominium.

The Unit has an address of 287-39 Langley Road, Newton, Middlesex County, Massachusetts.

The Unit is more particularly described (1) in the Master Deed, (2) such site and floor plans as have been recorded therewith (3) in this Unit Deed; and (4) copies of portions of such site and floor plans recorded herewith, if any.

C:\Documents and Settings\AYuen.EASTLAND\Local Settings\Temporary Internet Files\OLK2F\newton terraces unit 39 deed.doc

*Marsha S Green*
*287 Langley Rd U-887-39*
*Newton, MA 02459*

"B"

Bk: 47328 Pg: 551

The Unit is conveyed for residential use and for such other uses as may be permitted in accordance with the Master Deed, together with the exclusive right to use the garage, front garden, and deck or patio bearing the Unit Number, as designated on the Condominium Site and Floor Plans and as set forth in Section 9 of the Master Deed.

Said Unit is conveyed subject to and with the benefit of (1) the provisions of Massachusetts General Laws, Chapter 183A as the same may now or hereafter by amended; (2) the Master Deed and amendments thereto; (3) the By-Laws of The Newton Terraces Condominium Association, Inc., and any amendments thereto; (4) the Rules and Regulations adopted by the Board of Governors of the Association of the Condominium, and any amendments thereto; (5) all matters of record stated or referred to in the Master Deed as completely as if each were fully set forth therein; and (6) further subject to real estate taxes attributable to said Unit for the current year as are not now due and payable.

Subject to and with the benefit of Special Permit and Site Plan Approval #250-01 issued by the City of Newton dated November 19, 2001 and recorded with said Deeds in Book 35027, Page 47, as affected by an Extension to Special Permit and Site Plan Approval #250-01(2) recorded in Book 38197, Page 015.

Subject to and with the benefit of Reservation of Sewer recorded with said Deeds in Book 41832, Page 27, Conservation Restriction recorded with said Deeds in Book 41832, Page 32 and Grant of Path Easement recorded with said Deeds in Book 41832, Page 47, all as shown on Plan No. 59 of 2004.

Said Unit is further conveyed subject to, and with the benefit of easements, rights, restrictions and agreement of record, if any there be, insofar as the same are now in force and applicable.

This conveyance does not constitute a transfer of all or substantially all of the assets of The Newton Terraces, LLC and is made in the ordinary course of business.

Being a portion of the premises conveyed to Grantor by deed recorded with the Deeds in Book 38197, Page 036.

IN WITNESS WHEREOF, the said The Newton Terraces, LLC, has caused its seal to be hereto affixed and these presents to be signed and delivered in its name and behalf by Logan R. Huffman, President and Treasurer of Eastland Partners, Inc., its Manager, hereto duly authorized this 17th day of April, 2006.

MASSACHUSETTS EXCISE TAX
Southern Middlesex District ROD # 001
Date 04/25/2006 10:24 AM
Ctl# 071041 12351 Doc# 00072096
Fee: $4,104.00 Cons: $900,000.00

THE NEWTON TERRACES, LLC
By EASTLAND PARTNERS, INC.,
Its Manager

By: _____
Logan R. Huffman
President and Treasurer

C:\Documents and Settings\AYuen.EASTLAND\Local Settings\Temporary Internet Files\OLK2F\newton terraces unit 39 deed.doc