UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re ) | |
| ) | |
| WARREN I. GREEN, ) | |
|      Debtor ) | |
| ) | |
| ) | Chapter 7 |
| KATHLEEN P. DWYER, ) | Case No. 13-10204-WCH |
| CHAPTER 7 TRUSTEE, ) | |
|      Plaintiff ) | |
| ) | Adversary Proceeding |
| v. ) | No. |
| ) | |
| MARSHA S. GREEN, ) | |
|      Defendant ) | |

## DEFENDANT'S MOTION TO DISMISS

Now comes the defendant Marsha S. Green ("Marsha") and respectfully moves this Honorable Court to dismiss the plaintiff Trustee's Complaint on the grounds that: (1) there has been no adjudication that Marsha holds any property in a resulting trust for her husband, the debtor Warren I. Green, and therefore the Complaint to declare Marsha's property to be part of the debtor's estate fails to state a claim for which relief can be granted; (2) this is a non-core claim regarding the alleged creation of a resulting trust by one spouse's use of part of the proceeds from the sale of property owned as tenants-by-the-entirety to purchase real property in her name which is the subject of a prior pending action in Middlesex Superior Court, Docket No. MICV2011-02897; and (3) as a matter of comity, with all due respect, this Honorable Court should abstain from intervening in a dispute which arises exclusively under Massachusetts property and trust law as a matter of first impression, as more fully set forth in Marsha's Memorandum filed herewith and incorporated by reference herein.

WHEREFORE, the defendant prays that the Complaint be dismissed and that she be awarded her costs and reasonable attorney's fees for a frivolous and insubstantial claim which attempts to circumvent the prior pending action in state court and deprive the Massachusetts trial and appellate court's from jurisdiction of a matter which arises exclusively under and must be decided exclusively on unresolved Massachusetts law.

        Respectfully submitted,

        The defendant,
        By her attorneys,

        */s/ John N. Lewis*
        John N. Lewis
        BBO# 298520
        John N. Lewis & Associates
        42 Spring Street, Suite 2-A
        Watertown, MA 02472-3444
        (617) 393-3450
        jlewis4284@aol.com

## **CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on 24th day of February, 2014.

By:    */s/ John N. Lewis*