UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order of Court

**In Re:** Dwyer v. Green  **Case Number:** 14-01026  **Ch:**

**Matter:**

#17 Motion to Dismiss Adversary Proceeding (J. Lewis)
#18 Memorandum in Support (J. Lewis)
#25 Opposition of Plaintiff (A. Ruttenberg)

**MOVANT/APPLICANT/PARTIES**

**OUTCOME:**

☐ By Agreement of the Parties

___ Granted ___ Denied ___ Approved ___ Sustained

___ Denied ___ Denied without prejudice ___ Withdrawn in open court ___ Overruled

___ OSC enforced/released

17 Continued to: generally    For: _____.

___ Formal order/stipulation to be submitted by: _____ Date due: _____.

___ Findings and conclusions dictated at close of hearing incorporated by reference

___ Taken under advisement: Brief(s) due: _____ From _____.

    Response(s) due: _____ From _____.

___ Fees allowed in the amount of: $ _____ Expenses of: $ _____.

___ No appearance/response by: _____.

___ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held.

IT IS SO NOTED:                IT IS SO ORDERED:

_____      _____ Dated: 04/09/2014
Courtroom Deputy                William C. Hillman, U.S. Bankruptcy Judge