UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re | ) | |
| | ) | Chapter 7 |
| WARREN I. GREEN, | ) | Case No. 13-10204-WCH |
| | ) | |
| Debtor. | ) | |
| | ) | |
| KATHLEEN P. DWYER, | ) | |
|   CHAPTER 7 TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adversary Proceeding |
| v. | ) | No. 14-1026-WCH |
| | ) | |
| MARSHA S. GREEN | ) | |
| | ) | |
| Defendant. | ) | |

## <u>STATUS REPORT</u>

By order dated November 21, 2014, this Court order plaintiff Kathleen P. Dwyer,

Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Warren I. Green, to file a status

report.  The Trustee hereby submits such status report.

This Court previously ruled on April 9, 2014, in response to a motion by defendant

Marsha S. Green to dismiss this adversary proceeding because of the existence of a prior action

pending in Middlesex Superior Court:

> [F]irst of all, I don't want to dismiss this AP because ultimately perhaps there will be something for the Trustee to reach. But at the same time, I don't want to have you people running in two courts doing the same thing.  So what I'd like to do is just continue this motion to dismiss generally and when the state court does something, then one of you will get back to me and tell me what to do as the next thing.

The Trustee previously reported that in the action in Middlesex Superior Court the Trustee was permitted to be substituted as plaintiff and to file an amended complaint, and that a final pretrial conference was scheduled in Middlesex Superior Court for December 17, 2014.

The pretrial conference did take place on December 17, 2014, and a trial date was set. The trial is scheduled for May 6, 2015.

Respectfully submitted,

KATHLEEN P. DWYER,
 CHAPTER 7 TRUSTEE,

By her attorneys,


/s/Adam J. Ruttenberg _____
Adam J. Ruttenberg, BBO 553158
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA  02110
(617) 951-2800
aruttenberg@lgllp.com

Dated:  April 1, 2015


## CERTIFICATE OF SERVICE

I, Adam J. Ruttenberg, hereby certify my understanding that on April 1, 2015, notice of the filing of **Status Report** was sent by the Bankruptcy Court, by e-mail, to the following:

- John N. Lewis jlewis4284@aol.com


 /s/ Adam J. Ruttenberg _____
Adam J. Ruttenberg