UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| WARREN I. GREEN, ) | CHAPTER 7 |
| ) | CASE NO. 13-10204-MSH |
| Debtor. ) | |
| ) | |
| ) | |
| KATHLEEN P. DWYER, CHAPTER 7 ) | ADVERSARY PROCEEDING |
| TRUSTEE, ) | NO. 14-01026-MSH |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| MARSHA S. GREEN, ) | |
| Defendant. ) | |

## **PLAINTIFF'S STATUS REPORT**

The undersigned counsel for the plaintiff, Kathleen P. Dwyer, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Warren I. Green (the "Debtor") hereby submits this status report (the "Status Report"). In support thereof, the Trustee states as follows:

1.  On January 30, 2014, the Trustee filed this adversary proceeding against Marsha S. Green (the "Defendant"), the wife of the Debtor, seeking a declaration that the real property located at 287 Langley Road, Unit 39, Newton Massachusetts (the "Condominium"), held nominally in the name of the Defendant is subject to a resulting trust in favor of the Debtor and the Defendant as tenants by the entirety. The Trustee further sought an order authorizing the sale of the Condominium pursuant to 11 U.S.C. § 363(h).

2.  On February 25, 2014, the Defendant filed a motion to dismiss this adversary proceeding, alleging the existence of a "prior pending action" in the Middlesex Superior Court [Docket No. MISUCV2011-002897] (the "Superior Court Action"), which action was

originally filed against the Defendant and the Debtor by creditor, Robert Snider, seeking similar relief as that sought in this proceeding.

3. A hearing on the motion to dismiss was held on April 9, 2014. At such hearing, as set forth in the transcript thereof (filed April 21, 2014 as pleading no. 28), the Court ruled (page 9):

> [F]irst of all, I don't want to dismiss this AP because ultimately perhaps there will be something for the Trustee to reach. But at the same time, I don't want to have you people running in two courts doing the same thing. So what I'd like to do is just continue this motion to dismiss generally and when the state court does something, then one of you will get back to me and tell me what to do as the next thing.

4. Since the April 9, 2014 hearing, the Trustee and the Defendant have proceeded in the Superior Court Action, with the Trustee being permitted to be substituted as plaintiff and to file an amended complaint.

5. A four day jury waived trial took place in the Superior Court between April 27, 2016 and May 18, 2016. Closing arguments were completed on the afternoon of May 18, 2016.

6. On June 27, 2016, the Court dictated a ruling in the Trustee's favor on the resulting trust claim. The Court further indicated that it would enter formal findings and a judgment on the matter. The parties each submitted proposed forms of judgment pursuant to the Court's instructions.

7. The Parties are still awaiting entry of the Court's formal findings and judgment. Plaintiff anticipates that such findings and judgment will likely be entered within the next 30-60 days.

WHEREFORE, the plaintiff, Kathleen P. Dwyer, Chapter 7 Trustee, requests that this honorable Court accept this Status Report.

        Respectfully submitted,

        Kathleen P. Dwyer, Chapter 7 Trustee,
        Plaintiff
        By her Attorneys,

        /s/ Anthony R. Leone
        Thomas S. Vangel, Esq. BBO # 552386
        Anthony R. Leone, Esq. BBO # 681760
        Murtha Cullina LLP
        99 High Street
        Boston, MA  02110
        617-457-4000 Telephone
        617-482-3868 Facsimile
        aleone@murthalaw.com

Dated:  August 15, 2016

## CERTIFICATE OF SERVICE

I, Anthony R. Leone, hereby certify certify that on August 15, 2016, a copy of Plaintiff's Status Report was served through the Court's electronic filing system on all parties registered to receive electronic notice.

        /s/ Anthony R. Leone
        Anthony R. Leone

7234689v1