UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| WARREN I. GREEN, ) | CHAPTER 7 |
| ) | CASE NO. 13-10204-MSH |
| Debtor. ) | |
| ) | |
| ) | |
| KATHLEEN P. DWYER, CHAPTER 7 ) | ADVERSARY PROCEEDING |
| TRUSTEE, ) | NO. 14-01026-MSH |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| MARSHA S. GREEN, ) | |
| Defendant. ) | |

## PLAINTIFF'S STATUS REPORT

The undersigned counsel for the plaintiff, Kathleen P. Dwyer, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Warren I. Green (the "Debtor") hereby submits this status report (the "Status Report"). In support thereof, the Trustee states as follows:

1. On January 30, 2014, the Trustee filed this adversary proceeding against Marsha S. Green (the "Defendant"), the wife of the Debtor, seeking a declaration that the real property located at 287 Langley Road, Unit 39, Newton Massachusetts (the "Condominium"), held nominally in the name of the Defendant is subject to a resulting trust in favor of the Debtor and the Defendant as tenants by the entirety. The Trustee further sought an order authorizing the sale of the Condominium pursuant to 11 U.S.C. § 363(h).

2.      On February 25, 2014, the Defendant filed a motion to dismiss this adversary proceeding, alleging the existence of a "prior pending action" in the Middlesex Superior Court [Docket No. MISUCV2011-002897] (the "Superior Court Action"), which action was originally filed against the Defendant and the Debtor by creditor, Robert Snider, seeking similar relief as that sought in this proceeding.

3.      A hearing on the motion to dismiss was held on April 9, 2014. At such hearing, as set forth in the transcript thereof (filed April 21, 2014 as pleading no. 28), the Court ruled (page 9):

> [F]irst of all, I don't want to dismiss this AP because ultimately perhaps there will be something for the Trustee to reach. But at the same time, I don't want to have you people running in two courts doing the same thing. So what I'd like to do is just continue this motion to dismiss generally and when the state court does something, then one of you will get back to me and tell me what to do as the next thing.

4.      Since the April 9, 2014 hearing, the Trustee and the Defendant have proceeded in the Superior Court Action, with the Trustee being permitted to be substituted as plaintiff and to file an amended complaint.

5.      A four-day jury waived trial took place in the Superior Court between April 27, 2016 and May 18, 2016.  Closing arguments were completed on the afternoon of May 18, 2016.

6.      The Court issued written Findings of Fact, Conclusions of Law and Order of Judgment (the "Decision") on August 30, 2016.  The Court entered Judgment (the "Judgment") on September 7, 2016 in favor of the Trustee on the resulting trust claim.

7.      Pursuant to the Judgment, the Court stated:

  (1) until further court order, the property at 287 Langley Road, Unit 39, Newton, Massachusetts, is not to be sold or encumbered; (2) judgment shall enter in favor of plaintiff . . . against defendant . . . (3) that title to certain real property, known and numbered as 287 Langley Road Unit 39, Newton, Massachusetts, and more particularly described in the Condominium Deed . . . is deemed to have been held by Warren I. Green and Marsha S. Green, as tenants by the entirety, at all times since April 17, 2016, including as of January 16, 2013, the date of Warren I Green's Chapter 7 bankruptcy filing, notwithstanding the fact that the Condominium Deed . . . purports to convey said real property solely to defendant. . . .

  8. On September 19, 2016, the Trustee recorded the Decision and the Judgment in the Middlesex South Registry of Deeds.

  9. On September 28, 2016, the Defendant filed a Notice of Appeal with the Superior Court.

  10. The parties are currently awaiting assembly of the record. Given the time it will likely take to get through the appellate process, Plaintiff requests filing a further status report 180 days from the date of this Status Report.

  WHEREFORE, the plaintiff, Kathleen P. Dwyer, Chapter 7 Trustee, requests that this honorable Court accept this Status Report and order that the Plaintiff file the next status report 180 days from the date of this Status Report.

       Respectfully submitted,

       Kathleen P. Dwyer, Chapter 7 Trustee,
       Plaintiff
       By her Attorneys,

       /s/ Anthony R. Leone
       Thomas S. Vangel, Esq. BBO # 552386
       Anthony R. Leone, Esq. BBO # 681760
       Murtha Cullina LLP
       99 High Street
       Boston, MA  02110
       617-457-4000 Telephone
       617-482-3868 Facsimile
       aleone@murthalaw.com

Dated:  November 14, 2016

## CERTIFICATE OF SERVICE

I, Anthony R. Leone, hereby certify that on November 14, 2016, a copy of Plaintiff's Status Report was served through the Court's electronic filing system on all parties registered to receive electronic notice.

       /s/ Anthony R. Leone
       Anthony R. Leone