UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| WARREN I. GREEN, | ) | CHAPTER 7 |
| | ) | CASE NO. 13-10204-MSH |
| Debtor. | ) | |
| | ) | |
| | ) | |
| JOHN O. DESMOND, CHAPTER 7 | ) | ADVERSARY PROCEEDING |
| TRUSTEE, | ) | NO. 14-01026-MSH |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| MARSHA S. GREEN, | ) | |
| Defendant. | ) | |

## **PLAINTIFF'S STATUS REPORT**

The undersigned counsel for the plaintiff, John O. Desmond, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Warren I. Green (the "Debtor") hereby submits this status report (the "Status Report"). In support thereof, the Trustee states as follows:

1. On January 30, 2014, the Trustee filed this adversary proceeding against Marsha S. Green (the "Defendant"), the wife of the Debtor, seeking a declaration that the real property located at 287 Langley Road, Unit 39, Newton Massachusetts (the "Condominium"), held nominally in the name of the Defendant is subject to a resulting trust in favor of the Debtor and the Defendant as tenants by the entirety. The Trustee further sought an order authorizing the sale of the Condominium pursuant to 11 U.S.C. § 363(h).

2. At a hearing on the Defendant's Motion to Dismiss, held on April 9, 2014, the Bankruptcy Court directed the parties to proceed with the prior pending Superior Court action [Middlesex Superior Court (Docket No. MISUCV2011-002897)] and the Bankruptcy Court continued the Motion to Dismiss generally.[1]

3. The Superior Court entered Judgment (the "Judgment") on September 7, 2016 in favor of the Trustee on the resulting trust claim.

4. On September 28, 2016, the Defendant filed a Notice of Appeal with the Superior Court.

5. The Appeal has been fully briefed by both parties and has been scheduled for oral argument on December 8, 2017.

6. In light of the oral argument set by the Massachusetts Appeals Court, Plaintiff requests that the Court set the deadline for the filing of the next status report for approximately 120 days from the date of this Status Report.

WHEREFORE, the plaintiff, John O. Desmond, Chapter 7 Trustee, requests that the Court accept this Status Report and order that the Plaintiff file the next status report 120 days from the date of this Status Report.

---

[1] In the interests of efficiency, the Trustee has not recited the full procedural history of the Adversary Proceeding and the Middlesex Superior Court action as referenced in prior Status Reports filed by the Trustee [Docket Nos. 53, 56, 59]. The Trustee has also not included the narrative concerning the Debtor's failed attempt to amend his schedules to list the Condominium as an asset and claim a homestead exemption as set forth in the last Status Report [Docket No. 59].

Respectfully submitted,

John O. Desmond, Chapter 7 Trustee,
Plaintiff
By his Attorneys,


 /s/ Anthony R. Leone
Thomas S. Vangel, Esq. BBO # 552386
Anthony R. Leone, Esq. BBO # 681760
Murtha Cullina LLP
99 High Street
Boston, MA  02110
617-457-4000 Telephone
617-482-3868 Facsimile
tsvangel@murthalaw.com
aleone@murthalaw.com

Dated:  November 13, 2017

## **CERTIFICATE OF SERVICE**

I, Anthony R. Leone, hereby certify that on November 13, 2017, a copy of Plaintiff's Status Report was served through the Court's electronic filing system on all parties registered to receive electronic notice.

                                                               _/s/ Anthony R. Leone_____
                                                                         Anthony R. Leone