

11/14/2017 The plaintiff shall file a further status report on or before March 12, 2018.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>WARREN I. GREEN,<br><br>        Debtor. | CHAPTER 7<br>CASE NO. 13-10204-MSH |
| JOHN O. DESMOND, CHAPTER 7<br>TRUSTEE,<br><br>        Plaintiff,<br>v.<br><br>MARSHA S. GREEN,<br>        Defendant. | ADVERSARY PROCEEDING<br>NO. 14-01026-MSH |

## PLAINTIFF'S STATUS REPORT

The undersigned counsel for the plaintiff, John O. Desmond, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Warren I. Green (the "Debtor") hereby submits this status report (the "Status Report"). In support thereof, the Trustee states as follows:

1.    On January 30, 2014, the Trustee filed this adversary proceeding against Marsha S. Green (the "Defendant"), the wife of the Debtor, seeking a declaration that the real property located at 287 Langley Road, Unit 39, Newton Massachusetts (the "Condominium"), held nominally in the name of the Defendant is subject to a resulting trust in favor of the Debtor and the Defendant as tenants by the entirety. The Trustee further sought an order authorizing the sale of the Condominium pursuant to 11 U.S.C. § 363(h).