UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| WARREN I. GREEN, ) | CHAPTER 7 |
| ) | CASE NO. 13-10204-MSH |
| Debtor. ) | |
| ) | |
| ) | |
| JOHN O. DESMOND, CHAPTER 7 ) | ADVERSARY PROCEEDING |
| TRUSTEE, ) | NO. 14-01026-MSH |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| MARSHA S. GREEN, ) | |
| Defendant. ) | |
| ) | |

## TRUSTEE'S MOTION FOR STATUS CONFERENCE

The undersigned counsel for John O. Desmond, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Warren I. Green (the "Debtor") hereby moves this Court, pursuant to MLBR 9013 and 1002-1(a)(2), for the scheduling of a status conference in this adversary proceeding.  At an April 9, 2014 hearing on Marsha S. Green's (the "Defendant") Motion to Dismiss Adversary Proceeding, the bankruptcy court directed the parties to litigate a prior pending Superior Court action [Middlesex Superior Court (Docket No. MISUCV2011-002897)] (the "Superior Court Action") and report back to the Bankruptcy Court once the Superior Court Action was final.  As set forth below, the Superior Court Action is now final with all rights to appellate review having been exhausted.

In further support thereof, the Trustee states as follows:

8929590v1

1.      On January 30, 2014, the Trustee filed this adversary proceeding against the Defendant, the wife of the Debtor, seeking a declaration that the real property located at 287 Langley Road, Unit 39, Newton Massachusetts (the "Condominium"), held nominally in the name of the Defendant is subject to a resulting trust in favor of the Debtor and the Defendant as tenants by the entirety.  The Trustee further sought an order authorizing the sale of the Condominium pursuant to 11 U.S.C. § 363(h).

2.      On February 25, 2014, the Defendant filed a motion to dismiss this adversary proceeding, in light of the prior pending Superior Court Action.[1]

3.      At a hearing on the Defendant's Motion to Dismiss, held on April 9, 2014, the bankruptcy court ruled (page 9):

> [F]irst of all, I don't want to dismiss this AP because ultimately perhaps there will be something for the Trustee to reach. But at the same time, I don't want to have you people running in two courts doing the same thing. So what I'd like to do is just continue this motion to dismiss generally and when the state court does something, then one of you will get back to me and tell me what to do as the next thing.

4.      On September 7, 2016 the Superior Court entered judgment (the "Judgment") in the Superior Court Action in favor of the Trustee on the resulting trust claim.

5.      On December 28, 2017, the Massachusetts Appeals Court issued a decision affirming the Judgment.  The Defendant's right to file a petition for further appellate review expired on January 18, 2018.

---

[1] In the interests of efficiency, the Trustee has not recited the full procedural history of the Adversary Proceeding and the Middlesex Superior Court action as referenced in prior Status Reports filed by the Trustee as set forth in Docket Nos. 56, 59, and 63.

8929590v1

6.    Accordingly, the Judgment is now final.  The Trustee asserts that the Defendant's Motion to Dismiss is moot and the Trustee should be allowed to continue to pursue the adversary proceeding for the purpose of seeking an order authorizing the sale of the Condominium pursuant to 11 U.S.C. § 363(h).

7.    The Trustee requests that the Court hold a status conference to discuss continuing with the adversary proceeding and the issuance of a pretrial order pursuant to Fed. R. Bankr. P. 7026 and MLBR 7026-1 concerning discovery, including the scheduling of depositions and dispositive motions.

WHEREFORE, the plaintiff, John O. Desmond, Chapter 7 Trustee, requests that the Court order that a status conference be held on February 15, 2018 or any date thereafter as may be convenient to the Court.

Respectfully submitted,

John O. Desmond, Chapter 7 Trustee

By his Attorneys,

 /s/    Anthony R. Leone
Thomas S. Vangel, Esq. BBO # 552386
Anthony R. Leone, Esq. BBO # 681760
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617-457-4000 Telephone
617-482-3868 Facsimile
tsvangel@murthalaw.com
aleone@murthalaw.com

Dated:  January 22, 2018

8929590v1

## CERTIFICATE OF SERVICE

I, Anthony R. Leone, hereby certify that on January 22, 2018, a copy of the

Trustee's Motion for Status Conference was served through the Court's electronic filing

system on all parties registered to receive electronic notice and the following parties via

first class mail:

Leonard A. Frisoli, Esq.
43 Thorndike Street
Cambridge, MA 02141

John F. Sommerstein, Esq.
98 N. Washingston Street
Suite 104
Boston, MA 02114

Marsha Green
287 Langley Road, Unit 39
Newton, MA 02467

Warren Green
287 Langley Road, Unit 39
Newton, MA 02467

_/s/    Anthony R. Leone_____
Anthony R. Leone

8929590v1