| **CLERK'S NOTICE** | DOCKET NUMBER<br><br>**1181CV02897** | **Trial Court of Massachusetts**<br>**The Superior Court** |
|---|---|---|

CASE NAME:
Robert Snider et al *vs.* Warren I. Green et al

Michael A. Sullivan, Clerk of Court
Middlesex County

TO:
John N Lewis, Esq.
John N. Lewis & Associates
42 Spring Street
2nd Floor
Watertown, MA 02472-3444

COURT NAME & ADDRESS
Middlesex County Superior Court - Woburn
200 Trade Center
Woburn, MA 01801

You are hereby notified that on 08/30/2016 the following entry was made on the *above* referenced docket:

ORDER: FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER OF JUDGMENT
(WHICH SEE PGS. 1-17) ORDER OF JUDGMENT: For the above-mentioned reasons, the court orders as follows: (1) until further court order, the property at 287 Langley Road,
Unit 39, Newton, Massachusetts, is not to be sold or encumbered ; (2) judgment shall enter in favor of plaintiff Kathleen P. Dwyer, Chapter 7 Trustee of Warren I. Green, against
defendant Marsha S. Green on Count I of the Amended Complaint; (3) that title to certain real property known and numbered as 287 Langley Road, Unit 39, Newton, Massachusetts,
and more particularly described in the Condominium Deed attached hereto as Exhibit A, is deemed to have been held by Warren I. Green and Marsha S. Green, as tenants by the
entirety, at all times since April 17, 2006, including as of January 16, 2013, the date of Warren I. Green's Chapter 7 bankruptcy filing, notwithstanding the fact that the Condominium
Deed attached as Exhibit A purports to convey said real property solely to defendant Marsha S. Green; and (4) within thirty (30) days, a certified copy of this Judgment shall be
recorded at the Middlesex South Registry of Deeds. (Elizabeth M. Fahey, Justice) copies mailed 8/30/16

| DATE ISSUED | ASSOCIATE JUSTICE/ ASSISTANT CLERK | SESSION PHONE# |
|---|---|---|
| 08/30/2016 | **Hon. Elizabeth M Fahey** | |