<div style="writing-mode: vertical">03/26/2018 Allowed. The defendant shall file an amended answer by March 30, 2018.</div>

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In Re:
Warren J Green,

Chapter 7
Case No: 13-10204-MSH

Debtor,

John O. Desmond, Chapter 7 Trustee,

Plaintiff,

v.

AP No. 14-01026-MSH

Marsha S. Green,

Defendant,

## MOTION OF MARSHA S. GREEN TO AMEND ANSWER

Now comes Marsha S. Green ("Ms. Green"), by counsel, and hereby moves pursuant to Fed. R. Civ. P. 15(2) made applicable to this proceeding by Fed. R. Bankr. P. 7015 to Amend her Answer.

In support of this Motion, Ms. Green states as follows:

1. This adversary proceeding was commenced on January 30, 2014 (Docket #1).
2. The adversary proceeding contained two counts: Count I seeks a Declaratory Judgment Regarding Legal and Equitable Title on a condominium located at 287 Langley Road, Unit 39, Newton, MA ("the property"; Count II seeks a Sale of the Property pursuant to Section 363(h) of the Code.