**BRIGHAM AND WOMEN'S HOSPITAL**

**HARVARD MEDICAL SCHOOL**

**Partners Multiple Sclerosis Center**
60 Fenwood Road, 1st Floor, Suite B
Boston, MA 02115

January 22, 2018

Re:  Marsha Green
DOB: 03/19/1955

To Whom It May Concern:

Marsha Green is under my care at Brigham and Women's Hospital MS Center, for her diagnosis of multiple sclerosis.  Ms. Green has been diagnosed with MS since 1988.  She has had many years of treatment of immunomodulator medications. (injectable medication and at present, Tecfidera, an oral medication)

Multiple Sclerosis is a chronic unpredictable disorder of the central nervous system with a pattern of intermittent periods of relapse and remission.  Each patient suffers differently and at unpredictable times and intervals in their lives.  In patients, such as Ms. Green who have had the disease for many years and has been stable, there is often a change in the pattern of illness to one of progressive degeneration.  It is unknown why this progress takes place but stress can be a contributor to the exacerbation of MS symptoms.

I am writing on behalf of my patient and in support of her request to document her disease and the effect of stress (of legal matters) can have on her symptoms of MS

She reports stress related aggravation of chronic MS symptoms.  Considering the known symptomatology of multiple sclerosis, the progression of symptoms which is evidenced in Ms. Green, decreased stress will help control the course of her illnesses.  Medication and therapy are assisting Ms. Green cope with the added stressors in her life at this time.

Ms. Green has taken other measures to prepare for her future.  With her chronic health issues in mind, Ms. Green purchased a home twelve years ago that would provide her safety and comfort as her disease progressed over time.  She is able to stay on one floor if her mobility declined; she is able to use air conditioning to control the heat sensitivity symptoms of MS caused by an increase of temperature; she is conveniently located to public transportation if she could not drive due to an exacerbation or permanent decline.  She continues to work and is a high functioning person despite MS and breast cancer.  These diseases can have an unpredictable course therefore, stability in her surroundings, especially her home, is quite important and her safety net.

Tel: 617- 525-6550 I Fax: 617-525-6554
www.partnersmscenter.org

A FOUNDING MEMBER OF  PARTNERS HEALTHCARE



**BWH BRIGHAM AND WOMEN'S HOSPITAL**

**HARVARD MEDICAL SCHOOL**

**Partners Multiple Sclerosis Center**   2

60 Fenwood Road, 1st Floor, Suite B
Boston, MA 02115

Ms. Green's MS symptoms of severe fatigue, right hand tremor, poor vision of left eye from optic neuritis and heat sensitivity can interfere with her ability to perform the important functions of her job. Added stress and anxiety and sleeplessness can exacerbate symptoms at any time.

The symptoms can affect simple to complex activities. Ms. Green is a high functioning person, so the increase in her symptoms can have a devastating effect on her ability to perform the duties of her very complex job and activities of daily living.

Ms. Green has met with her primary care doctor and therapist for assistance in controlling the ongoing stress of legal issues, her father's death and her own health issues. We will monitor her MS progression.

Please do not hesitate to call me with any questions.


Sincerely,

Christopher Severson, MD


Tel: 617- 525-6550 | Fax: 617-525-6554
www.partnersmscenter.org

A FOUNDING MEMBER OF  PARTNERS HEALTHCARE