# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| WARREN I. GREEN, ) | CHAPTER 7 |
| ) | CASE NO. 13-10204-MSH |
| Debtor. ) | |
| ) | |
| ) | |
| JOHN O. DESMOND, CHAPTER 7 ) | ADVERSARY PROCEEDING |
| TRUSTEE, ) | NO. 14-01026-MSH |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| MARSHA S. GREEN, ) | |
| Defendant. ) | |
| ) | |

## JOINT MOTION TO AMEND THE DISCOVERY PLAN

The Plaintiff John O. Desmond, the duly appointed Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Warren I. Green (the "Debtor") and the Defendant, Marsha S. Green (the "Defendant") (collectively the "Parties") hereby move to amend the Court-approved Discovery Plan in this case as further set forth in the Parties [Proposed] Joint Discovery Plan and Rule 26(f) Certification filed contemporaneously herewith. This discovery plan constitutes a change from that set forth in the Court's Pretrial Order dated March 30, 2018. The changes are precipitated largely in light of the currently pending Motion for Summary Judgment as well as to accommodate anticipated fact discovery and the addition of expert-related deadlines into the discovery schedule.

In support of this Motion, the Parties state as follows:

1. On January 16, 2013, the Debtor filed a voluntary petition pursuant to Chapter 7 of the Bankruptcy Code.

9201512v1
9207716v1

1. On January 30, 2014, the Trustee filed an adversary complaint against the Defendant seeking a declaration that the real property located at 287 Langley Road, Unit 39, Newton Massachusetts (the "Condominium"), held nominally in the name of the Defendant is subject to a resulting trust in favor of the Debtor and the Defendant as tenants by the entirety and sought an order authorizing the sale of the Condominium pursuant to 11 U.S.C. § 363(h).

2. Upon the direction of the Bankruptcy Court, the Trustee and the Defendant proceeded to litigate the resulting trust claim in a prior pending Superior Court action. [Middlesex Superior Court (Docket No. MISUCV2011-002897)].

3. The Superior Court entered Judgment (the "Judgment") on September 7, 2016 in favor of the Trustee on the resulting trust claim, ruling that the Condominium is "deemed to have been held by [both] Warren I. Green and Marsha S. Green, as tenants by the entirety, at all times since April 17, 2006, including as of January 16, 2013, the date of Warren I. Green's Chapter 7 bankruptcy filing," and the Judgment is now final.

4. The Trustee is now proceeding with this Adversary Proceeding and is seeking authorization to sell the Condominium pursuant to Section 363(h) of the Bankruptcy Code.

5. On March 30, 2018, the Defendant filed a Motion for Summary Judgment.

6. On March 30, 2018, the Court issued a Pretrial Order (the "Pretrial Order").

7. On April 30, 2018, the Trustee filed his Opposition to the Defendant's Motion for Summary Judgment.

8. The Defendant has until May 14, 2018 to file a Reply to the Trustee's Opposition to the Defendant's Motion for Summary Judgment.

9. The Court has scheduled a hearing on the Defendant's Motion for Summary Judgment on May 23, 2018.

9201512v1
9207716v1

10. On May 7, 2018, the Parties held a Rule 26(f) Conference to discuss matters set forth in the Pretrial Order.

11. Pursuant to the Parties Rule 26(f) Conference, pending approval by the Court, the Parties are simultaneously filing a [Proposed] Discovery Plan and Rule 26(f) Certification (the "Discovery Plan").

12. The parties are seeking to amend the Discovery Plan by extending the deadlines contained therein in light of the Defendant's currently pending Motion for Summary Judgment and the Trustee's Opposition thereto. Essentially, the parties are tracking the discovery and other deadlines from the date upon which the Court rules on the Defendant's Motion for Summary Judgment.

13. The Parties state that the requested changes to the Discovery Plan will not prejudice any party, nor will it result in any added burden on the Court.

WHEREFORE, John O. Desmond, the Chapter 7 Trustee, and Marsha S. Green respectfully request that this honorable Court enter an order (i) allowing this Motion to Approve the Discovery Plan and approving the Joint Discovery Plan and Rule 26(f) Certification.

Respectfully submitted,

**JOHN O. DESMOND, CHAPTER 7 TRUSTEE OF THE ESTATE OF WARREN I. GREEN**

**By his attorneys,**

_/s/ Anthony R. Leone_
Thomas S. Vangel - BBO #552386
Anthony R. Leone - BBO #681760
Murtha Cullina LLP
99 High Street
Boston, MA 02110-2320

3

9201512v1
9207716v1

Telephone: 617.457.4000
Facsimile: 617.482.3868
tvangel@murthalaw.com
aleone@murthalaw.com

**MARSHA S. GREEN**

**By her attorney,**

  */s/  John F. Sommerstein*
John F. Sommerstein – BBO # 555521
98 N. Washington Street
Suite 104
Boston, MA 02214
Telephone: 617.523.7474
Facsimile: 617.523.7484
jfsommer@aol.com

Dated: May 9, 2018